TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00440-CV







Lance Miller, Appellant



v.



Stuart N. Carriker, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT


NO. 94-02813, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING








PER CURIAM



 Appellant Lance Miller has filed a motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: October 4, 1995

Do Not Publish